AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ALBERT JAMES REEVES, III | ) |
| *Petitioner* | ) |
| v. | ) |
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA | |
| *Respondent* | |

Civil Action No.   2:25-CV-0503-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Order filed at ECF No 19, Petitioner's Writ of Habeas Corpus Petition (ECF No. 1) is DISMISSED.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE   on a motion for

Date:  8/4/2026

*CLERK OF COURT*

SEAN F. McAVOY

_____

*(By) Deputy Clerk*